

**1045 CHEEVER BLVD., SUITE 204**
**SAN ANTONIO, TX 78217**
**(210) 822-8272 • (800) 810-7623**

June 5, 2018

SADIE HACKLER


CREDITOR:   LARSEN PROPERTIES
TOTAL DUE: $590.00
ACCT #:     0159

Dear SADIE HACKLER,

This account has been turned over to our agency for collections. Please respond to this notice with your payment in full to avoid further collection efforts.

If you dispute the validity of this debt within 30 days, from receipt of this notice, we will mail verification of the debt to you. If you do not dispute the validity of this debt within 30 days, from receipt of this notice, we will assume it is valid. At your request, we will provide you with the name and address of the original creditor if different from the current creditor.

Protect your credit rating by contacting our office today. Unless your account cannot be validated in accordance with the FCRA and FDCPA requirements our company will be reporting your account to all three national credit bureaus within the next 30 days. This is a matter of serious magnitude which warrants your prompt attention.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Your balance may reflect a one-time agency collection fee.

Please note there are various payment options to meet your needs. You may pay by:

> Credit or Debit Card
> ACH
> Mail-In-Money Order / Cashier's Check / Personal Check
> Pay directly online via http://www.phoenixrecoverygroup.com/
> Bank Wire
> Money Gram
> Bill Pay (Auto-deducted through your financial institution)

*** Detach Lower Portion And Return With Payment ***    1967-DNTPRG10-1N-01/15/18

---

Y20A76B6D6

PO Box 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED



Creditor: LARSEN PROPERTIES
Total Due: $590.00     Acct #: 260580-240159



1N - 1967
SADIE HACKLER


PLAINTIFF'S EXHIBIT 1

The Phoenix Recovery Group
1045 Cheever Blvd
Suite 204
San Antonio TX 78217