UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SADIE HACKLER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>V.<br><br>TOLTECA ENTERPRISES, INC. d/b/a PHOENIX RECOVERY GROUP,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§  Case No. 5:18-CV-00911-XR<br>§<br>§<br>§<br>§<br>§ |

## JOINT ADVISORY TO THE COURT

Plaintiff and Class Representative Sadie Hackler and Defendant Tolteca Enterprises, Inc. d/b/a Phoenix Recovery Group, by and through their respective counsel of record, and pursuant to the Court's Order of April 27, 2020 (ECF No. 45) jointly advise the Court of the following:

1. Pursuant to the Court's Order, the parties conferred by conference call on May 12, 2020 and discussed:

    a. Any changes to Plaintiff's proposed notice to the class;

    b. The parties plan to ascertain the names and contact information for all class members;

    c. The total number of class members;

    d. The total estimated cost of providing notice to the class;

    e. Any agreement as to allocation of costs of notice among the parties;

Exhibit 1

2. Defendant agreed to allow Plaintiff's attorneys to directly contact Defendant's bulk mailer to determine how many of the form letters were sent during the one-year class period (beginning August 31, 2017 and ending August 31, 2018) and the estimated cost of sending the notice that was approved by the court (with no changes suggested by Defendant). Plaintiff's attorney contacted the mailer via email, with copy to Defendant's counsel, but due a communication error, that contact was not made until yesterday. The mailer has not responded as of this time.

3. Regardless of the cost of mailing the notice, Defendant opposes shifting the costs to Defendant. Defendant does not waive its right to appeal the class certification order or the partial summary judgment order.

4. Plaintiff's counsel will update the Court as soon as the mailer responds with specific information concerning the class size and costs of notice.

Respectfully submitted,

LAW OFFICE OF BILL CLANTON, P.C.
926 Chulie
San Antonio, TX 78216
(210) 226 0800 Telephone
(210) 338 8660 Facsimile

BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
(210) 224-1819 Telephone
(210) 224-0141 Facsimile

BY: _____
BENJAMIN R. BINGHAM
State Bar No. 02322350
ben@binghamandlea.com
WILLIAM M. CLANTON

State Bar No. 24049436
bill@clantonlawoffice.com

Counsel for Plaintiff

LAW OFFICES OF TOM CLARKE
8026 Vantage Dr., #105
San Antonio, Texas 78230
(210) 340-8448 Telephone
(210) 348-7946 Facsimile

By: _____
TOM CLARKE
State Bar No. 04318600
tclarkeatty7@aol.com

Counsel for Defendant, Tolteca Enterprises
d/b/a Phoenix Recover Group

## CERTIFICATE OF SERVICE

I certify by my signature below that on May 27th 2020, I have caused a true and correct copy of the above and foregoing to be served on all counsel of record through the Court's Electronic Filing Noticing System.

Tom Clarke
Tclarkeatty7@aol.com
LAW OFFICES OF TOM CLARKE
8026 Vantage Dr., #105
San Antonio, Texas 78230

Counsel for Defendant

_____
WILLIAM M. CLANTON

BENJAMIN R. BINGHAM