UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SADIE HACKLER, on behalf of herself and all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| V. | § § | Case No. 5:18-CV-00911-XR |
| TOLTECA ENTERPRISES, INC. d/b/a PHOENIX RECOVERY GROUP, | § § § § | |
| Defendant. | § § | |

## PROPOSED NEW SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following Scheduling Order:

1. Mediation shall occur on or before February 26, 2021.

2. The parties shall complete all discovery on or before March 1, 2021. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

3. All dispositive motions as defined in Rule CV-7(c) shall be filed no later than April 1, 2021.

4. Any other motions (other than motions in limine) shall be filed not later than May 1, 2021.

5. This case is set for trial on _____ at _____ a.m. The parties should consult Rule CV-16 regarding matters to be filed in advance of trial.

SIGNED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE