UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SADIE HACKLER, on behalf of herself and all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| V. | § § | Case No. 5:18-CV-00911-XR |
| TOLTECA ENTERPRISES, INC. d/b/a PHOENIX RECOVERY GROUP, | § § § § | |
| Defendant. | § | |

## STIPULATION OF FACT

Plaintiff and Class Representative Sadie Hackler, by and through her counsel of record, and Defendant Tolteca Enterprises, Inc. for purposes of 15 U.S.C. §1692L (a)(2)(B) (ii)[1] stipulate that 1% of the net worth of Tolteca Enterprises, Inc. is $3,600.00.

---

[1] With emphasis added, 15 USC 1692k states:
(a)Amount of damages
Except as otherwise provided by this section, any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person in an amount equal to the sum of—
(1) any actual damage sustained by such person as a result of such failure;
(2)(A)in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000; or
(B)**in the case of a class action, (i) such amount for each named plaintiff as could be recovered under subparagraph (A), and (ii) such amount as the court may allow for all other class members, without regard to a minimum individual recovery, not to exceed the lesser of $500,000 or 1 per centum of the net worth of the debt collector; and**
(3)in the case of any successful action to enforce the foregoing liability, the costs of the action, together with a reasonable attorney's fee as determined by the court. On a finding by the court that an action under this section was brought in bad faith and for the purpose of harassment, the court may award to the defendant attorney's fees reasonable in relation to the work expended and costs.

Agreed, and respectfully submitted,

LAW OFFICE OF BILL CLANTON, P.C.
926 Chulie
San Antonio, TX 78216
(210) 226 0800 Telephone
(210) 338 8660 Facsimile

BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
(210) 224-1819 Telephone
(210) 224-0141 Facsimile

BY:  /s/ Benjamin R. Bingham
 BENJAMIN R. BINGHAM
 State Bar No. 02322350
 ben@binghamandlea.com
 WILLIAM M. CLANTON
 State Bar No. 24049436
 bill@clantonlawoffice.com

*Counsel for Plaintiff*


 /s/ Tom Clarke
Tom Clarke
Tclarkeatty7@aol.com
LAW OFFICES OF TOM CLARKE
8026 Vantage Dr., #105
San Antonio, Texas 78230

*Counsel for Defendant*