UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SADIE HACKLER, on behalf of herself and all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| V. | § § | Case No. 5:18-CV-00911-XR |
| TOLTECA ENTERPRISES, INC. d/b/a PHOENIX RECOVERY GROUP, | § § § § | |
| Defendant. | § § | |

## JOINT ADR REPORT

Now come Sadie Hackler and Tolteca Enterprises, Inc. d/b/a Phoenix Recovery Group, by and through their respective counsel of record, who, pursuant to Local Rule CV-88, file this Joint ADR Report, and would respectfully advise the Court of the following:

The parties have exchanged written settlement offers and agreed on some, but not all issues. The parties agree that mediation is appropriate if private settlement is unsuccessful.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant hereby submit the report required by the Amended Scheduling Order (ECF #56).

Respectfully submitted,

LAW OFFICE OF BILL CLANTON, P.C.
926 Chulie
San Antonio, TX 78216
(210) 226 0800 Telephone
(210) 338 8660 Facsimile

BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
(210) 224-1819 Telephone
(210) 224-0141 Facsimile

BY:  */s/ Benjamin R. Bingham*
     BENJAMIN R. BINGHAM
     State Bar No. 02322350
     ben@binghamandlea.com
     WILLIAM M. CLANTON
     State Bar No. 24049436
     bill@clantonlawoffice.com

*Counsel for Plaintiff*


LAW OFFICES OF TOM CLARKE
8026 Vantage Dr., #105
San Antonio, Texas 78230
(210) 340-8448 Telephone
(210) 348-7946 Facsimile

By:  */s/ Tom Clarke*
     TOM CLARKE
     State Bar No. 04318600
     tclarkeatty7@aol.com

*Counsel for Defendant, Tolteca Enterprises d/b/a Phoenix Recover Group*

## CERTIFICATE OF SERVICE

      I certify by my signature below that on February 26, 2021, I have caused a true and correct copy of the above and foregoing to be served on all counsel of record through the Court's Electronic Filing Noticing System.

Tom Clarke
Tclarkeatty7@aol.com
LAW OFFICES OF TOM CLARKE
8026 Vantage Dr., #105
San Antonio, Texas 78230
*Counsel for Defendant*

                                            */s/ Benjamin R. Bingham*
                                            WILLIAM M. CLANTON
                                            BENJAMIN R. BINGHAM