**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| SADIE HACKLER, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED; *Plaintiff* | § § § § § § § § § | SA-18-CV-00911-XR |
| -vs- | | |
| TOLTECA ENTERPRISES, INC., *Defendant* | | |

## ORDER

The parties have informed the Court that they have reached a settlement in this case. ECF No. 60. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, all remaining deadlines and settings, including trial, are hereby **VACATED**. The parties shall file a motion for the Court's approval of their settlement pursuant to Rule 23(e) on or before **May 28, 2021**. *See* Fed. R. Civ. P. 23(e). Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.

It is so **ORDERED**.

SIGNED this 28th day of April, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE