UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SADIE HACKLER, on behalf of herself and all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| V. | § § | Case No. 5:18-CV-00911-XR |
| TOLTECA ENTERPRISES, INC. d/b/a PHOENIX RECOVERY GROUP, | § § § § | |
| Defendant. | § § | |

### SUPPLEMENT TO CLASS COUNSEL'S MOTION FOR ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES (ECF#64)

Bingham & Lea, P.C., and the Law Office of William Clanton (Class Counsel) file this Supplement to Class Counsel's Motion for Attorneys Fees and Reimbursement of Expenses. Class Counsel supplements document no. 64 with the following:

**Certificate of Conference**

On June 4, 2021, counsel for both parties conferred by telephone concerning Class Counsel's Motion for Attorneys' Fees and Reimbursement of Expenses (ECF#64). Counsel "agreed to disagree" on an amount for a reasonable fee and expense award, because Defendant's last offer appears to be on Defendants alleged ability to pay, without reference to the time records provided to defense counsel on multiple occasions, and not what would be a reasonable attorneys' fee amount. Defendants last offer was about $217 per hour.

Respectfully submitted,

BINGHAM & LEA, P.C.
319 Maverick Street
San Antonio, Texas 78212
(210) 224-1819 Telephone
(210) 224-0141 Facsimile
ben@binghamandlea.com

By: */s/ Benjamin R. Bingham*
     BENJAMIN R. BINGHAM
     State Bar No. 02322350

LAW OFFICE OF BILL CLANTON, P.C.
926 Chulie Dr.
San Antonio, Texas 78216
210 226 0800
210 338 8660 fax
bill@clantonlawoffice.com

By: */s/ William M. Clanton*
     WILLIAM M. CLANTON
     State Bar No. 24049436

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

    I certify by my signature below that on June 11, 2021, a true and correct copy of the above and foregoing was served through the Court's Electronic Case Noticing System on all counsel of record.

        */s/ Benjamin R. Bingham*
        BENJAMIN R. BINGHAM