# Exhibit 1, Chris Haines

## DECLARATION OF CHRIS HAINES

My name is Chris Haines. I declare under penalty of perjury and upon my personal knowledge that the following is true and correct. I am the Vice President of Tolteca Enterprises Inc., dba The Phoenix Recovery Group. As such I am familiar with the proceedings in the Hackler case and surrounding circumstances. When Plaintiff's counsel proposed a settlement for $20,000 the company was not able to financially afford that. Tolteca consulted with a bankruptcy lawyer but decided to tough this out and work through this case. Later on during this litigation, the company laid off 50% of its staff and obtained a Payroll Protection Program cash infusion. To try to settle this case and move on, $55,000 was offered to settle. Tolteca believes the amount was very fair but Plaintiff's counsel was difficult about reaching a compromise and settlement. Also, the finances of the company improved after Frank Gamboa, my brother, finished his divorce case with my sister in law, Venessa. In the division of property, Venessa was awarded shares in Tolteca. Venessa and I have earnestly sought to stabilize the company and as part of that effort, Tolteca sought to settle this case for $55,000 an amount that was feasible for Tolteca to pay given some installment payment terms. It is true that Tolteca's software was not able to generate names and addresses of possible class members. Tolteca uses a bulk mailer named Focus One who was told to gather names and addresses to provide that information to Plaintiff's counsel. Focus One did provide the information which was turned over to Plaintiff's counsel. As further evidence of cooperation, Tolteca turned over financial information (tax information and financial data under seal and in confidence) to Plaintiff's counsel. Tolteca did nothing egregious in this case. Tolteca has striven to cooperate in this lawsuit and believes that it did so in an equitable manner. The matters about which Plaintiff complained have been corrected. Imposing 30x the class benefit in attorney fees and shifting noticing costs onto Tolteca would be unfair, punitive, unreasonable, financially onerous and crippling. Our counsel is charging $300/hr for his representation in this lawsuit.

Dated: July 13, 2021.

*Chris Haines*

_____
Chris Haines, VP

# Exhibit 2, Tom Clarke

## DECLARATION OF THOMAS A. CLARKE

I declare the following statements are true and correct under penalty of perjury.

I am the attorney for Tolteca Enterprises Inc., in the above case. I am licensed to practice law in the State of Texas and admitted to the Fifth Circuit Court of Appeals, the United States District Court for the Western, Eastern, Southern and Northern Districts of Texas, the United States District Court for Colorado and the United States District Court of Ohio, Columbus Division. In my legal opinion and based on my training, education and experience, $500 / hr is not reasonable in this case where there was no jury trial, no depositions, and no in person court proceedings or discovery sanctions. $350 / hr would be reasonable. I am charging Tolteca $300 / hr.

I have reviewed the State Bar of Texas Dept of Research & Analysis from 2016 and believe that it supports my opinion. *See, Attached*

I believe the arguments set out in Tolteca's response about attorney fees and costs are sound and the amount claimed by Plaintiff's counsel is unreasonable and unfair under the totality of circumstances. I believe 30x the class award for fees is exorbitant and should be reduced by the court. I believe $101,000 for class counsel is unreasonable and excessive for all the arguments set forth in the Response. I believe there is no compelling reason to shift class noticing costs onto my client. That is a cost that class counsel should bear.

I informed class counsel from the beginning of this lawsuit that my client had a meager net worth and my client provided adequate proof of its low net worth.

Dated: July 14, 2021.

S/Thomas A. Clarke

# Exhibit 3, State Bar Survey

# STATE BAR OF TEXAS

## DEPARTMENT OF RESEARCH & ANALYSIS



### 2015 HOURLY FACT SHEET

Published August 2016
Analysis by Invariance Dynamics Consulting – Nils Greger Olsson, PhD

P.O. Box 12487, Austin, TX 78711   (800) 204-2222, ext. 1724 or (512) 427-1724   research@texasbar.com

State Bar of Texas Department of Research and Analysis

## Introduction

This hourly rate report is published periodically about the economics of law practice in Texas. To make such information available to attorneys, the State Bar's Department of Research and Analysis conducted the Texas Attorney Survey – Status 2015 on March 21, 2016. A goal of the survey was to obtain information on hourly rates charged in 2015 by Texas attorneys.

This report presents the data collected on the hourly rates of 4,260 licensed and practicing, full-time private practitioners who provided hourly rate information for the calendar year 2015. The report provides detailed breakdowns of hourly rates by sex, race, ethnicity, age, law firm size, years of experience, area of practice, and region of the state. A comparison to 2013 hourly rates is also provided for select demographics.

The questionnaire was emailed on March 21, 2016, to all active State Bar of Texas attorneys who have not opted out of taking surveys (N = 94,150). The survey's response rate was 12.5 percent, with a total of 11,793 attorneys responding to at least a portion of the survey. A more detailed description of the methodology and a copy of the questionnaire are included at the end of this report (Appendix A).

This report on hourly rates displays the median hourly rate by category. The median hourly rate is the preferred measure of average hourly rates, rather than the mean, because it more accurately represents the typical rates. Rates are only reported on categories with 6 or more responses.

## 2015 and 2013 Overall Hourly Rates[1]: Distribution Statistics

This *distribution statistics* table on the right shows the following statistics of 2015 hourly rates:

   i. The **mean (average)**: of reported hourly rates.
   ii. The **75th percentile**[2]: 75 percent of attorneys charge at or less.
   iii. The **median (50th percentile)**: the hourly rate charged at the midpoint of a rank ordering of attorneys' rates (50 percent of attorneys charge the median or less).
   iv. The **25th percentile**, the rate that 25 percent of attorneys charge at or less than.

When possible, the 2013 hourly rate medians are shown for the comparison.

[1] If an attorney's hourly rate varied by area of practice, a simple average for that attorney was calculated.

| 2015 Hourly Rate | Private Practitioners (n=4,260) |
|---|---|
| Average (Mean) | $288 |
| 75th Percentile | $350 |
| **Median (50th Percentile)** | **$260** |
| 25th Percentile | $200 |

| 2013 Hourly Rate | Private Practitioners (n=4,951) |
|---|---|
| **Median** | **$242** |
| Increase or decrease in medians (2015 - 2013) | $18 |
| Percent change in medians (2015 - 2013) / 2013 | 7.4% |

## Hourly Rate Summary Findings

Below are summary findings from the 2015 survey. Articles will be published in the *Texas Bar Journal* to provide detailed information on notable findings.

All hourly rate information provided in this report is for full-time private practitioners only.

### Hourly Rates by Demographic Category
➤ The median hourly rate reported for all full-time private practitioners increased by 7.4 percent ($242 to $260) from 2013 to 2015.
➤ The median hourly rate reported for women attorneys increased by 9.6 percent ($228 to $250) from 2013 to 2015. This compares to a 11.3 percent ($247 to $275) increase for male attorneys.
➤ The median hourly rate reported for racial minority attorneys increased by 14.7 percent ($218 to $250) from 2013 to 2015. This compares to a 6.1 percent increase ($245 to $260) for white attorneys.
➤ There is a direct relationship between median hourly rates and years of experience, age, and firm size. Information on median hourly rates reported in 2015 for these categories include:
  o Years of experience: Rates increase as attorneys obtain more experience. In 2015, rates ranged from $200 for attorneys who had 2 or less years of experience to $300 for attorneys who had more than 25 years of experience.
  o Age: Rates increase as attorneys age. In 2015, rates ranged from $180 for attorneys who were 21 to 25 years of age to $300 for attorneys who were more than 65 years of age.
  o Firm size: Rates increase as firm sizes increase. In 2015, rates ranged from $250 for attorneys who worked as solo practitioners to $425 for attorneys who were in firms with more than 400 attorneys.
➤ Detailed information on hourly rates reported by practice area can be found on pages 6-7, and 9-11.

### Hourly Rates by Geographic Region
➤ Overall median hourly rate findings by geographic region include:
  o All metropolitan regions: Rates for attorneys in metropolitan regions increased by 8.2 percent ($243 to $263) from 2013 to 2015.
  o Non-metropolitan areas: Rates for attorneys in non-metropolitan areas increased by 20.6 percent ($199 to $240) from 2013 to 2015.
  o Out of state/country: Rates for attorneys out of state/country increased by 9.7 percent ($269 to $295) from 2013 to 2015.
➤ Detailed information on hourly rates by geographic region can be found on pages 8-13.

2015 HOURLY RATE FACT SHEET

# Table of Contents

**Hourly Rates by Demographic Category**.......................................................................**1-7**

Hourly Rate Ranges of Full-Time Private Practitioners.......................................................1

All Full-Time Private Practitioners.......................................................................................2

Sex..........................................................................................................................................2

Race and Ethnicity.................................................................................................................2

Years of Experience................................................................................................................3

Age...........................................................................................................................................4

Firm Size.................................................................................................................................5

Practice Area...........................................................................................................................6-7

**Hourly Rates by Geographic Region**...........................................................................**8-13**

Region......................................................................................................................................8

Practice Area by Region........................................................................................................9-11

Region by Years of Experience..............................................................................................12

Region by Firm Size...............................................................................................................13

**Appendix**...............................................................................................................................**14-24**

Method.....................................................................................................................................14

Geographic Regions................................................................................................................15-16

**Survey Instrument**..............................................................................................................**17-24**

v

## Median Hourly Rates by Demographic Category
### Hourly Rate Ranges of 2015 and 2013 – Full-Time Private Practitioners

2013 Median Hourly Rate = $242
2015 Median Hourly Rate = $260
2013 to 2015 Percent Change = 7.4%
2013 to 2015 Difference = +$18



| | $75 or less | $76 to $100 | $101 to $125 | $126 to $150 | $151 to $175 | $176 to $200 | $201 to $225 | $226 to $250 | $251 to $275 | $276 to $300 | $301 to $325 | $326 to $350 | $351 to $400 | $401 to $450 | $451 to $500 | More than $500 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | 0.9% | 1.0% | 0.8% | 4.4% | 6.1% | 7.3% | 13.4% | 15.3% | 7.0% | 11.8% | 4.5% | 7.9% | 8.0% | 4.0% | 2.4% | 5.1% |
| 2013 | 1.1% | 1.0% | 1.6% | 6.8% | 7.1% | 14.7% | 15.5% | 6.5% | 11.8% | 4.1% | 5.3% | 6.4% | 3.5% | 2.4% | 4.6% | |

*Note: If an attorney's hourly rate varied by area of practice, a simple average was calculated.

State Bar of Texas Department of Research and Analysis

## Hourly Rates by Demographic Category
### 2013 and 2015 Median Hourly Rate by Sex, Race, and Ethnicity

| Demographic Category | Median Hourly Rates | | Change from 2013 to 2015 | |
|---|---|---|---|---|
| | **2013** | **2015** | **Difference** | **Percent Change** |
| **All Full-Time Private Practitioners** | | | | |
| Full-Time attorneys | $242 (N = 4,951) | $260 (N = 4,260) | $18 | 7.4% |
| **Sex** | | | | |
| Male | $247 (N = 3,271) | $275 (N = 2,749) | $28 | 11.3% |
| Female | $228 (N = 1,458) | $250 (N = 1,406) | $22 | 9.6% |
| **Race** | | | | |
| White | $245 (N = 3,958) | $260 (N = 3,730) | $15 | 6.1% |
| All Racial Minorities (For 2013, this included Hispanic or Latino) | $218 (N = 732) | $250 (N = 371) | $32 | 14.7% |
| Black or African American | $220 (N = 132) | $250 (N = 110) | $30 | 13.6% |
| American Indian or Alaska Native | $200 (N = 14) | $250 (N = 24) | $50 | 25.0% |
| Asian (above was "Asian/Pacific Islander in 2013) | $230 (N = 107) | $250 (N = 89) | $20 | 8.7% |
| Native Hawaiian or Other Pacific Islander | N/A | ~ | N/A | N/A |
| Two or More Races | $233 (N = 65) | $264 (N = 74) | $31 | 13.2% |
| Other Race | $238 (N = 53) | $250 (N = 70) | $12 | 5.0% |
| **Ethnicity** | | | | |
| Hispanic or Latino | $203 (N = 361) | $250 (N = 376) | $47 | 23.2% |
| Not Hispanic or Latino | N/A N/A | $265 (N = 3,721) | N/A | N/A |

If multiple rates provided, by practice area, they were averaged for overall hourly rate. Rates are reported only for groups with six or more observations. Otherwise the tilde is shown (~).

State Bar of Texas Department of Research and Analysis

## Hourly Rates by Demographic Category
### 2013 and 2015 Median Hourly Rate by Years of Experience

| Years of Experience | Median Hourly Rates | | Change from 2013 to 2015 | |
|---|---|---|---|---|
| | 2013 | 2015 | Difference | Percent Change |
| 2 or less years | $185 (N = 590) | $200 (N = 475) | $15 | 8.1% |
| 3 to 6 years | $218 (N = 790) | $250 (N = 759) | $32 | 14.7% |
| 7 to 10 years | $239 (N = 533) | $250 (N = 483) | $11 | 4.6% |
| 11 to 15 years | $245 (N = 498) | $258 (N = 483) | $13 | 5.4% |
| 16 to 20 years | $261 (N = 437) | $300 (N = 382) | $39 | 14.9% |
| 21 to 25 years | $264 (N = 504) | $300 (N = 383) | $36 | 13.6% |
| Over 25 years | $281 (N = 1,399) | $300 (N = 1,194) | $19 | 6.8% |

Note: Years of experience based on year first licensed in any jurisdiction.

State Bar of Texas Department of Research and Analysis

## Hourly Rates by Demographic Category
### 2013 and 2015 Median Hourly Rate by Age

| Age | Median Hourly Rates | | Change from 2013 to 2015 | |
|---|---|---|---|---|
| | 2013 | 2015 | Difference | Percent Change |
| 21 to 25 years | $150 (N = 26) | $180 (N = 49) | $30 | 20.0% |
| 26 to 30 years | $192 (N = 624) | $200 (N = 567) | $8 | 4.2% |
| 31 to 35 years | $227 (N = 686) | $250 (N = 672) | $23 | 10.1% |
| 36 to 40 years | $237 (N = 512) | $250 (N = 466) | $13 | 5.5% |
| 41 to 45 years | $240 (N = 499) | $254 (N = 444) | $14 | 5.9% |
| 46 to 50 years | $262 (N = 500) | $290 (N = 398) | $28 | 10.7% |
| 51 to 55 years | $268 (N = 530) | $275 (N = 426) | $7 | 2.6% |
| 56 to 60 years | $269 (N = 546) | $300 (N = 428) | $31 | 11.5% |
| 61 to 65 years | $270 (N = 397) | $300 (N = 367) | $30 | 11.1% |
| More than 65 years | $279 (N = 401) | $300 (N = 325) | $21 | 7.5% |

## Hourly Rates by Demographic Category
### 2013 and 2015 Median Hourly Rates by Firm Size

| Firm Size | Median Hourly Rates 2013 | Median Hourly Rates 2015 | Change from 2013 to 2015 Difference | Change from 2013 to 2015 Percent Change |
|---|---|---|---|---|
| Solo Practitioners | $230 (N = 1,539) | $250 (N = 1,101) | $20 | 8.7% |
| 2 to 5 attorneys | $237 (N = 1,336) | $250 (N = 1,101) | $13 | 5.5% |
| 6 to 10 attorneys | $236 (N = 488) | $250 (N = 511) | $14 | 5.9% |
| 11 to 24 attorneys | $231 (N = 468) | $250 (N = 437) | $19 | 8.2% |
| 25 to 40 attorneys | $236 (N = 271) | $250 (N = 264) | $14 | 5.9% |
| 41 to 60 attorneys | $248 (N = 114) | $280 (N = 123) | $32 | 12.9% |
| 61 to 100 attorneys | $266 (N = 129) | $257 (N = 84) | -$9 | -3.5% |
| 101 to 200 attorneys | $304 (N = 117) | $333 (N = 93) | $29 | 9.6% |
| 201 to 400 | $378 (N = 117) | $359 (N = 137) | -$19 | -5.1% |
| More than 400 attorneys | $452 (N = 347) | $425 (N = 318) | -$27 | -6.0% |

## Hourly Rates by Demographic Category
### 2013 and 2015 Median Hourly Rates by Practice Area

| Practice Area | Median Hourly Rates 2013 | Median Hourly Rates 2015 | Change from 2013 to 2015 Difference | Percent Change |
|---|---|---|---|---|
| Administrative and Public | $243 (N = 132) | $271 (N = 88) | $28 | 11.6% |
| ADR | $278 (N = 65) | $300 (N = 30) | $22 | 7.9% |
| Antitrust | $463 (N = 19) | $485 (N = 13) | $22 | 4.8% |
| Appellate | $258 (N = 190) | $295 (N = 162) | $37 | 14.3% |
| Aviation | $230 (N = 11) | $310 (N = 11) | $80 | 34.8% |
| Bankruptcy | $259 (N = 218) | $300 (N = 106) | $41 | 15.8% |
| Business | $248 (N = 841) | $285 (N = 879) | $37 | 14.9% |
| Construction | $235 (N = 197) | $250 (N = 215) | $15 | 6.4% |
| Consumer | $233 (N = 128) | $243 (N = 88) | $10 | 4.1% |
| Creditor-Debtor | $211 (N = 200) | $250 (N = 159) | $39 | 18.5% |
| Criminal | $190 (N = 519) | $200 (N = 149) | $10 | 5.3% |
| Elder Law | $228 (N = 97) | $250 (N = 58) | $22 | 9.6% |
| Entertainment | $307 (N = 15) | $300 (N = 19) | -$7 | -2.3% |
| Environmental | $321 (N = 59) | $308 (N = 54) | -$14 | -4.2% |
| Ethics-Legal Malpractice | $279 (N = 29) | $273 (N = 30) | -$7 | -2.3% |
| Family | $227 (N = 1,071) | $250 (N = 916) | $23 | 10.1% |
| Government/Administrative | $196 (N = 143) | $225 (N = 126) | $29 | 14.8% |
| Health Care | $247 (N = 116) | $255 (N = 112) | $8 | 3.2% |
| Immigration | $196 (N = 87) | $270 (N = 12) | $74 | 37.8% |

Note: Attorneys could report working in more than one practice area. For example, if an attorney reported working in both family law and criminal law they were counted in both.

## Hourly Rates by Demographic Category

### 2013 and 2015 Median Hourly Rates by Practice Area (Continued)

| Practice Area | Median Hourly Rates 2013 | Median Hourly Rates 2015 | Change from 2013 to 2015 Difference | Change from 2013 to 2015 Percent Change |
|---|---|---|---|---|
| Insurance | $183 (N = 269) | $195 (N = 271) | $12 | 6.6% |
| Intellectual Property | $331 (N = 267) | $365 (N = 208) | $34 | 10.3% |
| International | $350 (N = 36) | $385 (N = 31) | $35 | 10.0% |
| Juvenile | $147 (N = 47) | $100 (N = 27) | -$47 | -32.0% |
| Labor-Employment | $256 (N = 333) | $278 (N = 282) | $22 | 8.4% |
| Law Office Management | $241 (N = 15) | ~ | N/A | N/A |
| Litigation: Commercial | $265 (N = 1,299) | $283 (N = 1209) | $18 | 6.6% |
| Litigation: Personal Injury | $189 (N = 599) | $185 (N = 431) | -$4 | -2.1% |
| Military | ~ | ~ | N/A | N/A |
| Oil & Gas | $240 (N = 350) | $255 (N = 302) | $15 | 6.3% |
| Other | $237 (N = 265) | $260 (N = 183) | $23 | 9.7% |
| Public Utility Law | $259 (N = 44) | $308 (N = 30) | $49 | 18.7% |
| Real Estate | $237 (N = 731) | $250 (N = 612) | $13 | 5.5% |
| School Law | $208 (N = 56) | $225 (N = 48) | $17 | 8.2% |
| Securities Law | $338 (N = 83) | $385 (N = 78) | $47 | 13.9% |
| Social Security Law | $194 (N = 12) | ~ | N/A | N/A |
| Taxation | $292 (N = 151) | $350 (N = 172) | $58 | 19.9% |
| Technology | $290 (N = 30) | $375 (N = 25) | $85 | 29.3% |
| Wills-Trusts-Probate | $232 (N = 867) | $250 (N = 602) | $18 | 7.8% |

Note: Attorneys could report working in more than one practice area. Rates are reported only for groups with six or more observations. Otherwise the tilde is shown (~).

## Hourly Rates by Geographic Region
### 2013 and 2015 Median Hourly Rates by Region

| Region | Median Hourly Rates | | Change from 2013 to 2015 | |
|---|---|---|---|---|
| | 2013 | 2015 | Difference | Percent Change |
| **All Metropolitan Regions** | $243 (N = 4,234) | $263 (N = 3,644) | $20 | 8.2% |
| Houston–The Woodlands–Sugarland MSA | $249 (N = 1,257) | $275 (N = 1,134) | $26 | 10.4% |
| Dallas–Fort Worth–Arlington MSA | $249 (N = 1,368) | $275 (N = 1,144) | $26 | 10.4% |
| Austin–Round Rock MSA | $259 (N = 574) | $300 (N = 449) | $41 | 15.8% |
| San Antonio–New Braunfels MSA | $225 (N = 358) | $250 (N = 341) | $25 | 11.1% |
| El Paso MSA | $203 (N = 61) | $200 (N = 62) | -$3 | -1.5% |
| Corpus Christi MSA | $229 (N = 59) | $250 (N = 50) | $21 | 9.2% |
| Beaumont–Port Arthur MSA | $218 (N = 46) | $232 (N = 42) | $14 | 6.4% |
| Central Texas MSAs | $199 (N = 55) | $225 (N = 51) | $26 | 13.1% |
| East & NE Texas MSAs | $225 (N = 162) | $250 (N = 139) | $25 | 11.1% |
| South Texas MSAs | $198 (N = 97) | $225 (N = 79) | $27 | 13.6% |
| West Texas MSAs | $224 (N = 197) | $225 (N = 153) | $1 | 0.4% |
| **Non-Metro Areas** | $199 (N = 191) | $240 (N = 154) | $41 | 20.6% |
| **Out of State/Country** | $269 (N = 251) | $295 (N = 278) | $26 | 9.7% |

## Hourly Rates by Practice Area by Geographic Region
### 2015 Median Hourly Rates

2015 Median Hourly Rates by Practice Area by Region

| Practice Area by | Houston-The Woodlands-Sugarland MSA | Dallas-Fort Worth-Arlington MSA | Austin-Round Rock MSA | San Antonio-New Braunfels MSA | El Paso MSA | Corpus Christi MSA | Beaumont-Port Arthur MSA | Central Texas MSAs | East & NE Texas MSAs | South Texas MSAs | West Texas MSAs | Non-Metro Areas | Out of State/Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Administrative and Public | $300 (N = 15) | $250 (N = 13) | $300 (N = 37) | $200 | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $208 |
| ADR | $350 (N = 8) | $385 (N = 8) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Antitrust | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Appellate | $325 (N = 45) | $275 (N = 46) | $340 (N = 19) | $250 (N = 9) | ~ | ~ | ~ | ~ | ~ | ~ | $195 (N = 11) | ~ | $198 (N = 12) |
| Aviation | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Bankruptcy | $300 (N = 31) | $340 (N = 39) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $355 (N = 8) |
| Business | $300 (N = 240) | $300 (N = 282) | $300 (N = 79) | $278 (N = 62) | $245 (N = 8) | $250 (N = 7) | $275 (N = 9) | $250 (N = 10) | $250 (N = 36) | $250 (N = 11) | $225 (N = 34) | $238 (N = 18) | $305 (N = 63) |
| Construction | $240 (N = 59) | $250 (N = 71) | $275 (N = 21) | $250 (N = 23) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $280 (N = 11) |
| Consumer | $200 (N = 20) | $225 (N = 25) | $275 (N = 9) | $250 (N = 7) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $250 (N = 9) |
| Creditor-Debtor | $250 (N = 45) | $265 (N = 45) | $250 (N = 10) | $200 (N = 11) | ~ | ~ | ~ | ~ | $250 (N = 6) | $200 (N = 8) | $195 (N = 9) | $175 (N = 20) | $230 (N = 13) |
| Criminal | $200 (N = 27) | $238 (N = 30) | $190 | $200 (N = 14) | ~ | ~ | ~ | ~ | $160 (N = 7) | ~ | $175 (N = 6) | ~ | $238 (N = 12) |
| Elder Law | $233 (N = 8) | $250 (N = 17) | $263 | $225 (N = 7) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $225 (N = 6) | $225 (N = 6) |
| Entertainment | ~ | $300 (N = 7) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |

Note: Attorneys could report working in more than one practice area. Rates are reported only for groups with six or more observations. Otherwise a tilde is shown (~).

State Bar of Texas Department of Research and Analysis

# Hourly Rates by Practice Area by Geographic Region (continued)
## 2015 Median Hourly Rates

**2015 Median Hourly Rates by Practice Area by Region (Continued)**

| Practice Area by Region | Houston-The Woodlands-Sugarland MSA | Dallas-Fort Worth-Arlington MSA | Austin-Round Rock MSA | San Antonio-New Braunfels MSA | El Paso MSA | Corpus Christi MSA | Beaumont-Port Arthur MSA | Central Texas MSAs | East & NE Texas MSAs | South Texas MSAs | West Texas MSAs | Non-Metro Areas | Out of State/Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Environmental | $388 (N=12) | $418 (N=6) | $300 (N=16) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $330 (N=12) |
| Ethics-Legal Malpractice | $350 (N=7) | $240 (N=12) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Family | $260 (N=219) | $250 (N=242) | $268 (N=82) | $225 (N=98) | $213 (N=10) | $213 (N=8) | $200 (N=7) | $219 (N=26) | $250 (N=47) | $250 (N=17) | $250 (N=38) | $250 (N=61) | $250 (N=23) |
| Government/Administrative | $250 (N=24) | $213 (N=24) | $263 (N=24) | $238 (N=6) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $225 (N=8) |
| Health Care | $200 (N=24) | $240 (N=32) | $340 (N=16) | $180 (N=15) | ~ | ~ | ~ | ~ | ~ | $200 (N=10) | ~ | $225 (N=7) | $300 (N=10) |
| Immigration | $295 (N=17) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Insurance | $200 (N=92) | $185 (N=61) | $213 (N=24) | $175 (N=20) | $175 | ~ | ~ | ~ | ~ | $200 (N=7) | $190 (N=7) | ~ | $185 (N=27) |
| Intellectual Property | $345 (N=48) | $370 (N=68) | $400 (N=39) | ~ | ~ | ~ | ~ | ~ | $350 (N=9) | ~ | ~ | ~ | $400 (N=25) |
| International | $435 (N=13) | $313 (N=6) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $525 (N=7) |
| Juvenile | $100 (N=8) | $100 (N=6) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $100 | ~ |
| Labor-Employment | $285 (N=65) | $280 (N=81) | $300 (N=33) | $258 (N=24) | $205 (N=10) | ~ | ~ | ~ | $240 (N=9) | $225 (N=10) | $225 (N=6) | ~ | $300 (N=21) |
| Law Office Management | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Litigation: Commercial | $295 (N=367) | $300 (N=350) | $300 (N=101) | $263 (N=83) | $275 (N=17) | $250 (N=13) | $250 (N=15) | $250 (N=13) | $250 (N=38) | $275 (N=22) | $250 (N=43) | $250 (N=31) | $320 (N=77) |

Note: Attorneys could report working in more than one practice area. Rates are reported only for groups with six or more observations. Otherwise a tilde is shown (~).

State Bar of Texas Department of Research and Analysis

## Hourly Rates by Practice Area by Geographic Region (continued)

### 2015 Median Hourly Rates

| Practice Area by Region | Houston-The Woodlands-Sugarland MSA | Dallas-Fort Worth-Arlington MSA | Austin-Round Rock MSA | San Antonio-New Braunfels MSA | El Paso MSA | Corpus Christi MSA | Beaumont-Port Arthur MSA | Central Texas MSAs | East & NE Texas MSAs | South Texas MSAs | West Texas MSAs | Non-Metro Areas | Out of State/Country |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2015 Median Hourly Rates by Practice Area by Region (Continued)** | | | | | | | | | | | | | |
| Litigation: Personal | $200 (N = 135) | $185 (N = 104) | $200 (N = 20) | $175 (N = 42) | $160 (N = 13) | $160 (N = 11) | $200 (N = 11) | ~ | $160 (N = 9) | $175 (N = 15) | $160 (N = 17) | ~ | $200 (N = 29) |
| Military | $300 (N = 100) | $268 (N = 48) | $300 (N = 14) | $250 (N = 17) | ~ | $250 (N = 7) | ~ | ~ | $250 (N = 18) | ~ | $245 (N = 34) | $250 (N = 19) | $275 (N = 19) |
| Oil & Gas | $250 (N = 49) | $278 (N = 36) | $250 (N = 19) | $300 (N = 16) | ~ | ~ | ~ | ~ | ~ | ~ | $225 (N = 9) | $283 (N = 22) | $295 (N = 22) |
| Other | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Public Utility Law | ~ | ~ | $320 (N = 12) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Real Estate | $275 (N = 130) | $285 (N = 162) | $275 (N = 60) | $250 (N = 57) | $213 (N = 10) | $250 (N = 11) | $250 (N = 9) | $250 | $250 (N = 20) | $250 (N = 11) | $200 (N = 18) | $200 (N = 44) | $275 (N = 35) |
| School Law | ~ | $205 | $249 (N = 6) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Securities Law | $400 (N = 26) | $375 (N = 23) | $375 (N = 15) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $465 (N = 7) |
| Social Security Law | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | $325 (N = 16) |
| Taxation | $350 (N = 62) | $400 (N = 42) | $325 (N = 20) | $288 (N = 12) | ~ | ~ | ~ | ~ | ~ | $260 (N = 9) | ~ | ~ | ~ |
| Technology | ~ | $350 (N = 9) | $368 (N = 8) | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Wills-Trusts-Probate | $275 (N = 147) | $275 (N = 134) | $275 (N = 48) | $250 (N = 65) | $225 (N = 7) | $213 (N = 14) | ~ | ~ | $250 (N = 35) | ~ | $250 (N = 32) | $250 (N = 58) | $300 (N = 15) |

Note: Attorneys could report working in more than one practice area. Rates are reported only for groups with six or more observations. Otherwise a tilde is shown (~).

# Hourly Rates by Geographic Region by Years of Experience
## 2015 Median Hourly Rates

**2015 Median Hourly Rates by Region by Years of Experience**

| Region by Years of Experience | 2 or less years | 3 to 6 years | 7 to 10 years | 11 to 15 years | 16 to 20 years | 21 to 25 years | Over 25 years |
|---|---|---|---|---|---|---|---|
| Houston-The Woodlands-Sugarland MSA | $213 (N = 145) | $250 (N = 211) | $265 (N = 125) | $257 (N = 130) | $300 (N = 92) | $300 (N = 103) | $300 (N = 322) |
| Dallas-Fort Worth-Arlington MSA | $217 (N = 155) | $250 (N = 210) | $250 (N = 161) | $300 (N = 113) | $300 (N = 99) | $300 (N = 112) | $350 (N = 292) |
| Austin-Round Rock MSA | $225 (N = 44) | $250 (N = 89) | $300 (N = 52) | $300 (N = 65) | $308 (N = 46) | $350 (N = 41) | $306 (N = 112) |
| San Antonio-New Braunfels MSA | $200 (N = 52) | $200 (N = 68) | $250 (N = 39) | $250 (N = 40) | $284 (N = 32) | $288 (N = 14) | $300 (N = 96) |
| El Paso MSA | ~ | $175 (N = 9) | ~ | $233 (N = 6) | $225 (N = 12) | ~ | $275 (N = 21) |
| Corpus Christi MSA | $188 (N = 6) | ~ | ~ | ~ | ~ | $250 (N = 6) | $269 (N = 24) |
| Beaumont-Port Arthur MSA | ~ | ~ | ~ | $215 (N = 9) | ~ | ~ | $275 (N = 19) |
| Central Texas MSAs | ~ | $214 (N = 14) | ~ | $235 (N = 15) | $263 (N = 12) | $275 (N = 19) | $259 (N = 14) |
| East & NE Texas MSAs | $175 (N = 10) | $200 (N = 21) | $240 (N = 12) | $200 (N = 13) | $238 (N = 6) | $231 (N = 14) | $275 (N = 50) |
| South Texas MSAs | $160 (N = 6) | $185 (N = 7) | $225 | $225 (N = 12) | $250 (N = 6) | $250 (N = 14) | $250 (N = 28) |
| West Texas MSAs | $180 (N = 20) | $200 (N = 34) | $200 (N = 23) | $238 (N = 16) | $250 (N = 12) | $273 (N = 14) | $275 (N = 34) |
| Non-Metro Areas | $175 (N = 8) | $190 (N = 16) | $250 (N = 11) | $295 (N = 19) | $225 (N = 15) | $250 (N = 7) | $250 (N = 78) |
| Out of State/Country | $191 (N = 10) | $250 (N = 56) | $280 (N = 29) | $295 (N = 35) | $323 (N = 36) | $260 (N = 28) | $307 (N = 84) |

Note: Attorneys could report working in more than one practice area. Rates are reported only for groups with six or more observations. Otherwise a tilde is shown (~).

2015 HOURLY RATE FACT SHEET

## Hourly Rates by Geographic Region by Firm Size
### 2015 Median Hourly Rates

2015 Hourly Rate Fact Sheet

Median Hourly Rates by Firm Size and Region

| Firm Size by Region | Solo Practitioners | 2 to 5 attorneys | 6 to 10 attorneys | 11 to 24 attorneys | 25 to 40 attorneys | 41 to 60 attorneys | 61 to 100 attorneys | 101 to 200 attorneys | 201 to 400 | Over 400 |
|---|---|---|---|---|---|---|---|---|---|---|
| Houston-The Woodlands-Sugarland MSA | $250 (N=264) | $250 (N=306) | $250 (N=133) | $270 (N=118) | $250 (N=65) | $253 (N=20) | $246 (N=32) | $350 (N=33) | $354 (N=42) | $450 (N=107) |
| Dallas-Fort Worth-Arlington MSA | $275 (N=265) | $270 (N=301) | $250 (N=126) | $228 (N=112) | $250 (N=86) | $335 (N=53) | $295 (N=27) | $360 (N=25) | $345 (N=41) | $392 (N=99) |
| Austin-Round Rock MSA | $268 (N=110) | $297 (N=122) | $300 (N=58) | $295 (N=44) | $250 (N=23) | $285 (N=11) | $250 (N=7) | $305 (N=8) | $408 (N=22) | $459 (N=40) |
| San Antonio-New Braunfels MSA | $250 (N=107) | $225 (N=93) | $216 (N=50) | $215 (N=40) | $210 (N=8) | $263 | ~ | ~ | ~ | ~ |
| El Paso MSA | $250 (N=17) | $200 (N=27) | ~ | $171 (N=8) | ~ | ~ | ~ | ~ | ~ | ~ |
| Corpus Christi MSA | $250 (N=27) | $225 (N=27) | $208 (N=10) | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Beaumont-Port Arthur MSA | $230 (N=9) | $225 (N=14) | $264 (N=6) | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Central Texas MSAs | $213 (N=15) | $200 (N=13) | ~ | $225 (N=10) | ~ | ~ | ~ | ~ | ~ | ~ |
| East & NE Texas MSAs | $250 (N=48) | $250 (N=54) | $250 (N=19) | $248 (N=14) | ~ | ~ | ~ | ~ | ~ | ~ |
| South Texas MSAs | $225 (N=27) | $230 (N=21) | $188 (N=11) | $200 (N=14) | $241 (N=20) | $205 (N=10) | ~ | ~ | ~ | ~ |
| West Texas MSAs | $225 (N=34) | $200 (N=35) | $224 (N=22) | $209 (N=28) | ~ | ~ | ~ | ~ | $293 (N=7) | $421 (N=16) |
| Non-Metro Areas | $200 (N=79) | $250 (N=59) | $250 (N=10) | ~ | ~ | ~ | ~ | ~ | ~ | ~ |
| Out of State/Country | $256 (N=52) | $275 (N=50) | $225 (N=33) | $288 (N=26) | $250 (N=25) | $308 (N=9) | $270 (N=9) | $308 (N=12) | $368 (N=19) | $465 (N=39) |

Rates are reported only for groups with six or more observations. Otherwise a tilde is shown (~).

2015 HOURLY RATE FACT SHEET

# APPENDIX

## Method

### Data Collection

Attorney hourly rate information was collected in the Texas Attorney Survey – Status 2015. The questionnaire (Appendix A) was emailed on March 21, 2016, to 94,150 active attorneys licensed by the State Bar of Texas, maintaining active membership in the State Bar of Texas, and who did not opt out of receiving survey mailings.

The survey's results are presented in part by geographic region, which is broken down into 13 economic areas. The metropolitan areas (Metropolitan Statistical Areas or MSAs) were defined by the Federal Office of Management and Budget.

### Response Rate

The cutoff date of the survey was April 18, 2016. As of the deadline there were 11,793 who completed the questionnaire, for an overall response rate of 12.5 percent. Response rates for each region are shown in the table below. Information below is on respondents who provided information on the county they practiced in.

**2015 Hourly Rate Fact Sheet - Response Rates**

| | Active State Bar of Texas Members | % of State Bar Membership | SBOT Survey Respondents | % of Respondents | Response Rate |
|---|---|---|---|---|---|
| Houston-The Woodlands-Sugarland MSA | 28,224 | 28.6% | 2,711 | 29.1% | 9.6% |
| Dallas-Fort Worth-Arlington MSA | 26,853 | 27.2% | 2,704 | 29.0% | 10.1% |
| Austin-Round Rock MSA | 11,781 | 11.9% | 1,411 | 15.1% | 12.0% |
| San Antonio-New Braunfels MSA | 6,754 | 6.8% | 799 | 8.6% | 11.8% |
| El Paso MSA | 1,278 | 1.3% | 161 | 1.7% | 12.6% |
| Corpus Christi MSA | 1,088 | 1.1% | 134 | 1.4% | 12.3% |
| Beaumont-Port Arthur MSA | 795 | 0.8% | 84 | 0.9% | 10.6% |
| Central Texas MSAs | 1,034 | 1.0% | 140 | 1.5% | 13.5% |
| East & NE Texas MSAs | 2,270 | 2.3% | 284 | 3.0% | 12.5% |
| South Texas MSAs | 1,923 | 1.9% | 219 | 2.3% | 11.4% |
| West Texas MSAs | 2,540 | 2.6% | 332 | 3.6% | 13.1% |
| Non-Metro Areas | 3,417 | 3.5% | 395 | 4.2% | 11.6% |
| Out of State/Country | 10,714 | 10.9% | 1,069 | 11.5% | 10.0% |
| **Total attorneys identified by work location** | **98,671** | **100.0%** | **10,443** | **100.0%** | **10.6%** |
| Response rate including all attorneys who responded, even if not identified by location | | | 11,793 | | 12.5% |

*Numbers are based on attorneys who have reported the county they practiced in.

2015 HOURLY RATE FACT SHEET

# Regions and Counties in Each Region

**1 Houston-The Woodlands-Sugar Land MSA**
Austin
Brazoria
Chambers
Fort Bend
Galveston
Harris
Liberty
Montgomery
Waller

**2 Dallas-Fort Worth-Arlington MSA**
Collin
Dallas
Denton
Ellis
Hood
Hunt
Johnson
Kaufman
Parker
Rockwall
Somervell
Tarrant
Wise

**3 Austin-Round Rock MSA**
Bastrop
Caldwell
Hays
Travis
Williamson

**4 San Antonio-New Braunfels MSA**
Atascosa
Bandera
Bexar
Comal
Guadalupe
Kendall
Medina
Wilson

**5 El Paso MSA**
El Paso
Hudspeth

**6 Corpus Christi MSA**
Aransas
Nueces
San Patricio

**7 Beaumont-Port Arthur MSA**
Hardin
Jefferson
Newton
Orange

## Central Texas MSAs

**8 Waco MSA**
McLennan
Falls

**9 Killeen-Temple MSA**
Bell
Coryell
Lampasas

## East & NE Texas MSAs

**10 College Station-Bryan MSA**
Brazos
Burleson
Robertson

**11 Longview MSA**
Gregg
Rusk
Upshur

**12 Sherman-Denison MSA**
Grayson

**13 Texarkana MSA**
Bowie

**14 Tyler MSA**
Smith

**15 Victoria MSA**
Goliad
Victoria

**16 Wichita Falls MSA**
Archer
Clay
Wichita

## South Texas MSAs

**17 Brownsville-Harlingen MSA**
Cameron

**18 Laredo MSA**
Webb

**19 McAllen-Edinburg-Mission MSA**
Hidalgo

## West Texas MSAs

**20 Abilene MSA**
Callahan
Jones
Taylor

**21 Amarillo MSA**
Armstrong
Carson
Oldham
Potter
Randall

**22 Lubbock MSA**
Crosby
Lubbock
Lynn

**23 Midland MSA**
Martin
Midland

**24 Odessa MSA**
Ector

**25 San Angelo MSA**
Irion
Tom Green

## 2015 HOURLY RATE FACT SHEET

### 26 Non-Metropolitan Counties

| | | | |
|---|---|---|---|
| Anderson | Franklin | Llano | Terrell |
| Andrews | Freestone | Loving | Terry |
| Angelina | Frio | Madison | Throckmorton |
| Bailey | Gaines | Marion | Titus |
| Baylor | Garza | Mason | Trinity |
| Bee | Gillespie | Matagorda | Tyler |
| Blanco | Glasscock | Maverick | Upton |
| Borden | Gonzales | McCulloch | Uvalde |
| Bosque | Gray | McMullen | Val Verde |
| Brewster | Grimes | Menard | Van Zandt |
| Briscoe | Hale | Milam | Walker |
| Brooks | Hall | Mills | Ward |
| Brown | Hamilton | Mitchell | Washington |
| Burnet | Hansford | Montague | Wharton |
| Calhoun | Hardeman | Moore | Wheeler |
| Camp | Harrison | Morris | Wilbarger |
| Cass | Hartley | Motley | Willacy |
| Castro | Haskell | Nacogdoches | Winkler |
| Cherokee | Hemphill | Navarro | Wood |
| Childress | Henderson | Nolan | Yoakum |
| Cochran | Hill | Ochiltree | Young |
| Coke | Hockley | Palo Pinto | Zapata |
| Coleman | Hopkins | Panola | Zavala |
| Collingsworth | Houston | Parmer | |
| Colorado | Howard | Pecos | |
| Comanche | Hutchinson | Polk | |
| Concho | Jack | Presidio | |
| Cooke | Jackson | Rains | |
| Cottle | Jasper | Reagan | |
| Crane | Jeff Davis | Real | |
| Crockett | Jim Hogg | Red River | |
| Culberson | Jim Wells | Reeves | |
| Dallam | Karnes | Refugio | |
| Dawson | Kenedy | Roberts | |
| Deaf Smith | Kent | Runnels | |
| Delta | Kerr | Sabine | |
| De Witt | Kimble | San Augustine | |
| Dickens | King | San Jacinto | |
| Dimmit | Kinney | San Saba | |
| Donley | Kleberg | Schleicher | |
| Duval | Knox | Scurry | |
| Eastland | La Salle | Shackelford | |
| Edwards | Lamar | Shelby | |
| Erath | Lamb | Sherman | |
| Fannin | Lavaca | Starr | |
| Fayette | Lee | Stephens | |
| Fisher | Leon | Sterling | |
| Floyd | Limestone | Stonewall | |
| Foard | Lipscomb | Sutton | |
| | Live Oak | Swisher | |



# State Bar of Texas Attorney Survey -- Status 2015

## MAILING

Dear Attorney,

The State Bar of Texas needs your help! **Complete the 2015 Texas Attorney Survey and you could win one of five prizes.** Two-hundred participants will each win $10 gift cards, two participants will win an Apple iPad Pro, and two will receive a pair of tickets to one of the following events:

- Dallas Cowboys Regular Season Home Game (game to be determined once schedule is available)
- Houston Texans Regular Season Home Game (game to be determined once schedule is available)
- NASCAR Chase for the Sprint Cup AAA Texas 500 Race
  - Suite tickets including food and beverage
  - VIP credentials into garage/pit area

The Texas Attorney Survey is conducted every other year to provide Texas attorneys with information about the economics of the practice of law. Reports generated from this survey will include detailed breakdowns of income, hourly rates, pro bono services, law school and career satisfaction, and State Bar of Texas Member Services. Results of this survey will be made available at texasbar.com/research.

This year the State Bar of Texas teamed up with Texas A&M University to include questions that touch on the economic and non-economic value of a law degree and career satisfaction. This information should help to provide prospective law students, law schools, and members of the bar with insight on how legal education affects an attorney's career.

This survey is anonymous, and the process is secure. Your email address will be used for the drawings and will then be deleted and not associated with your responses.

Completion of the survey takes about four to eight minutes, depending on your occupation and pro bono experience. **Please complete the survey by 5 p.m. Monday, April 4, 2016.**

Your participation will help ensure we have the most current economic information for you and other Texas attorneys are available.

If you have any questions please feel free to call us at (800) 204-2222, ext. 1724 or email us at research@texasbar.com. Thank you for your help.

Sincerely,
Cory Squires
State Bar of Texas Department of Research and Analysis

17

# SURVEY QUESTIONS

**INSTRUCTIONS**

Each question can be answered by simply selecting a response or filling in a blank. These questions are for information related to calendar year 2015.

Completion of the survey should take, on average, 5 minutes.

Responses will be saved, you may close the survey and return later to complete if needed.

Please complete this questionnaire by 5 p.m. Monday, April 4, 2016.

Thank you for your participation.

**PRIMARY OCCUPATION**

**1.    For 2015, what was your primary occupation?**

_____ Private law practice
_____ For-profit corporate/in-house counsel
_____ Non-profit corporate/in-house counsel
_____ Other judicial branch
_____ Full-time judge
_____ Government attorney
_____ Law faculty
_____ Public interest lawyer

_____ Other law related
_____ Non-law related
_____ Unemployed/looking for work
_____ Unemployed/not looking for work
_____ Retired/not working
_____ Was not licensed to practice in 2015
_____ Other _____

**2.    If applicable, what was your job title in 2015?** _____

**3.    In calendar year 2015, did you work:**

_____ Full-time    _____ Part-time    _____ By Contract    _____ Not Applicable    _____ Other

**4.    What was your approximate gross personal income (including any bonus) during calendar year 2015?** _____

**5.    If you received a bonus for 2015, what was it?** _____

**6.    How has your income changed in the last year?**

_____ Increased significantly    _____ Increased moderately    _____ Remained steady    _____ Decreased moderately
_____ Decreased significantly

**7.    The State Bar of Texas defines pro bono as the provision of the following without an expectation of payment or at a substantially reduced fee:**

- legal services to the poor or to a charitable organization that addresses the needs of the poor,
- services that improve the legal process or availability of legal services to the poor,
- legislative, administrative or advocacy for the poor,
- unsolicited, involuntary court appointments.

The Bar's pro bono policy does not define poor; however, it encourages attorneys to serve clients that would qualify for legal aid who live at or below 125% of the federal poverty guidelines ($14,850 for single person, $30,375 for family of 4).

**Did you provide any of the above pro bono services in calendar year 2015?**    _____ Yes    _____ No

18

**PRIVATE PRACTITIONER – PRACTICE AREA INFORMATION**

*If not a private practitioner, please proceed to question 12.*

8.  **For 2015, if you were in private practice, how many attorneys, including yourself, worked in your firm?**
    *(Please include attorneys at all locations of your firm in the total.)*

    Number of attorneys *(can be approximate):* _____

9.  **For 2015, if you worked as a private law practitioner, please list the areas of practice that account for 25 percent or more of the time you spent practicing law, how you billed for your services, and the typical rate or fee (if applicable) you charged in each area.**
    *(For billing method please specify whether it was an hourly rate, flat fee, contingency fee, or other)*

    | Practice Area | Billing Method | Rate | Percent of Practice |
    |---|---|---|---|
    | | | | |
    | | | | |
    | | | | |
    | | | | |

10. **Please provide the following information on the average number of actual and billable hours worked per week, as an attorney in 2015:**

    Actual hours worked per week _____
    Billable hours worked per week _____

11. **Please specify your position in calendar year 2015 as a private practitioner:**

    _____ Sole Practitioner
    _____ First-Year Associate          _____ Second-Year Associate          _____ Third-Year Associate          _____ Fourth-Year Associate
    _____ Fifth-Year Associate          _____ Sixth-Year Associate          _____ Seventh-Year Associate          _____ Eighth-Year Associate          _____ Of Counsel
    _____ Non-Equity Partner          _____ Equity Partner          _____ Managing Partner          _____ Other

12. **What professional licenses or certificates, if any, do you have other than your law license?**

    _____

13. **Did you provide professional services other than legal services in 2015?**   _____ Yes   _____ No

14. **If yes, what other types of professional services did you provide?**

    _____ Real Estate Sales/Development/Management
    _____ Insurance Sales
    _____ Accounting
    _____ Financial Planning
    _____ Investment Advisor
    _____ Registered Securities Representative
    _____ Other

19

## PRO BONO

*If you answered "no" to question 7, please proceed to question 19.*

**Please take a moment to answer a few questions on the pro bono services you performed in 2015. This data will be used to highlight how Texas attorneys are doing their part to help low-income people in our state.**

**Historically, Texas attorneys perform about 2.4 million hours of pro bono services each year.**

15. **Did you provide any free legal services to the poor in 2015?** *(Do not include cases where your clients failed to pay you.)*     Yes___ No___

**If so, approximately how many total hours did you provide?** _____

**Approximately how many hours were for:**
*Please note that these categories do not need to sum to the total hours provided.*
_____ Civil Matters
_____ Criminal Matters
_____ Unsolicited Court Appointments
_____ Legal services to a charitable organization for the poor
_____ Legislative, administrative, or systems advocacy for the poor
_____ Legal services to simplify or improve quality of legal services to the poor

16. **Did you provide any legal services at a substantially reduced fee that benefited the poor in 2015?**
*(Do not include cases where your clients failed to pay you.)*     Yes___ No___

**If so, approximately how many total hours did you provide?** _____

**Approximately how many hours were for:**
*Please note that these categories do not need to sum to the total hours provided.*
_____ Civil Matters
_____ Criminal Matters
_____ Unsolicited Court Appointments

17. **Did you pay actual out-of-pocket expenses related to pro bono or legal services to the poor in 2015?**     Yes___ No___

If so, what was the approximate total amount of the out-of-pocket expenses that you paid in 2015?

_____

18. **Did you make any direct financial contributions related to legal services to the poor in 2015?**     Yes___ No___

If so, what was the approximate total amount of the financial contribution you paid in 2015?

_____

18. **If you have any comments or suggestions about pro bono services please provide them below:**

_____
_____
_____
_____

**VOLUNTARY DEMOGRAPHICS**

The following voluntary demographic information is used to provide detailed economic trends and measure diversity in the practice of law in Texas. The State Bar of Texas follows the U.S. Census Bureau and U.S. Equal Employment Opportunity guidelines for collecting information on sex and race/ethnicity.

**19. In which Texas County was a majority of your work performed (in 2015)?**

*If majority was out-of-state or out-of-country, please note that below.*

_____

**20. Years of experience as an attorney, up to and including calendar year 2015:**

_____ 2 or less years          _____ 3 to 6 years
_____ 7 to 10 years            _____ 11 to 15 years
_____ 16 to 20 years           _____ 21 to 25 years
_____ More than 25 years

**21. Age:**

_____ 21 to 25 years           _____ 26 to 30 years
_____ 31 to 35 years           _____ 36 to 40 years
_____ 41 to 45 years           _____ 46 to 50 years
_____ 51 to 55 years           _____ 56 to 60 years
_____ 61 to 65 years           _____ More than 65 years

**22. Sex:**          _____ Male          _____ Female

**23. Ethnicity:**
_____ Hispanic or Latino
_____ Not Hispanic or Latino

**24. Race:**
_____ White
_____ Black or African American
_____ American Indian or Alaska Native
_____ Asian
_____ Native Hawaiian or Other Pacific Islander
_____ Two or More Races
_____ Other

21

## LAW SCHOOL/CAREER SATISFACTION

The purpose of these questions is to study the economic and non-economic value of a law degree and the associated attorney satisfaction with careers and decisions to attend law school. This information will help provide prospective law students and members of the bar with important information about legal careers in Texas.

**25. Which of the following best describes your undergraduate major?**

___ Business
___ Criminal justice or law enforcement
___ Physical science or mathematics
___ Humanities
___ Engineering
___ Social sciences
___ Other _____

**26. Which of the following best describes your class rank upon graduation from college?**

___ Top 10ᵗʰ percentile
___ Top 25ᵗʰ percentile
___ Top 50ᵗʰ percentile
___ Top 75ᵗʰ percentile
___ Don't know

**27. Which of the following best describes your class rank upon graduation from law school?**

___ Top 10ᵗʰ percentile
___ Top 25ᵗʰ percentile
___ Top 50ᵗʰ percentile
___ Top 75ᵗʰ percentile
___ Don't know

**28. Approximately how much student loan debt did you incur during law school?**

___ None
___ $1,000 - $24,999
___ $25,000 - $49,999
___ $50,000 - $74,999
___ $75,000 - $99,999
___ $100,000 or more

**29. At this point in your career, how much remaining law school debt do you have?**

___ None
___ $1,000 - $24,999
___ $25,000 - $49,999
___ $50,000 - $74,999
___ $75,000 - $99,999
___ $100,000 or more

**30. On a scale of 1 to 5 please provide your level of satisfaction on the following questions?**

*Please rate your level of satisfaction on a scale of 1 to 5 (1 being Very Dissatisfied and 5 being Very Satisfied).*

_____ How satisfied are you with your decision to have attended law school?
_____ How satisfied are you with your career?

22

**STATE BAR OF TEXAS MEMBER SERVICES**

The State Bar of Texas offers many services to help attorneys in both their professional and personal lives. Within these services you can find access to hundreds of useful programs. The following questions will help measure both awareness of and satisfaction with the current services available to you. In addition, your feedback will help the State Bar understand what services you would like to see offered in the future.

**31. Please provide information on your experience using the following State Bar of Texas Member Services**

*Please rate your level of satisfaction on a scale of 1 to 5 (1 being Very Dissatisfied and 5 being Very Satisfied).*

[**Satisfaction** scale: 1-Very Dissatisfied, 2-Somewhat Dissatisfied, 3-Neither Satisfied nor Dissatisfied, 4-Somewhat Satisfied, 5-Very Satisfied.

**Awareness** scale: 1-Aware of service but have no experience, 2-I am not aware of this service]

| Service | Are you aware of the service (Y/N) | Satisfaction |
|---|---|---|
| Texas Bar CLE | | |
| Client Attorney Assistance Program (CAAP) | | |
| State Bar of Texas Advertising Review | | |
| Texas Lawyers' Assistance Program (TLAP) | | |
| State Bar of Texas Member Benefit Program | | |
| Texas Bar Journal | | |
| Texas Bar Career Center | | |
| Texas Bar Private Insurance Exchange | | |
| Free Legal Research (Fastcase, Casemaker) | | |
| Lawyer Referral and Information Services (LRIS) | | |
| Law Practice Management Program | | |
| State Bar of Texas Attorney Ethics Hotline | | |

**32. Overall, how would you rate the TexasBarCLE's CLE offerings compared with those of other CLE providers?**

*Please rate the following on a scale of 1 to 5 (1 being Much Worse and 5 being Much Better)*

___ Live courses
___ Live webcasts
___ 24/7 online classes
___ Downloadable audio MP3s of programs
___ Online library of CLE articles
___ Course books

**33. Please rate the level of importance of each consideration when choosing a particular CLE program:**

*Please rate the following on a scale of 1 to 5 (1 being Not at all Important and 5 being Very Important)*

___ Number of MCLE hours
___ Course format
___ Registration Fee
___ Topics relevant to my practice
___ Speakers' reputation or expertise
___ Length of course
___ Location of course
___ Course amenities
___ Networking

## STATE BAR OF TEXAS MEMBER SERVICES CONTINUED

**34. How do you currently obtain your major medical health insurance?**

____ Through the Texas Bar Private Insurance Exchange
____ Local Agent/Broker
____ Direct through Insurance Carrier
____ HealthCare.gov
____ Through my Employer
____ I do not currently have major medical health insurance
____ Other _____

**35. Do you carry any of the following types of insurance?**

*Please select all that apply.*

____ Professional Liability ("Legal Malpractice") Insurance
____ Other Non-Legal Professional Liability ("E&O") Insurance
____ Cyber Breach Liability Insurance
____ Business Owners Insurance
____ Employment Practices Liability Insurance
____ Other _____

**36. Please indicate whether you have reached out to the Texas Lawyers' Assistance Program (TLAP), on behalf of a lawyer or judge for one of the following mental health or substance use disorders**

*Check all that apply.*

____ Depression
____ Anxiety
____ Alcohol abuse
____ Drug abuse
____ Suicidal ideation
____ Age-related cognitive impairment
____ Have not referred anyone
____ Other _____

**37. Please indicate any benefits and/or vendors you would like to see offered through the State Bar of Texas Member Benefit Program.**

_____

_____

**38. If you have any additional comments regarding the information collected with this survey, please provide them below:**

_____

_____

_____

24