UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SADIE HACKLER, on behalf of herself and all others similarly situated, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | Case No. 5:18-CV-00911-XR |
| TOLTECA ENTERPRISES, INC. d/b/a PHOENIX RECOVERY GROUP, | | |
| Defendant. | | |

## FORBEARANCE AGREEMENT

In the above styled cause Sadie Hackler ("Hackler") has an unpaid Judgment against Tolteca Enterprises, Inc. dba Phoenix Recovery Group ("Tolteca") in the amount of $72,325.00 USD, consisting of $1,000 for Hackler, $3,600 to be paid to Texas Rio Grande Legal Aid, and $67,725 to be paid for Hackler's attorneys' fees and costs.

Hackler hereby agrees to forbear from taking any action to collect the judgment for provided that Tolteca timely makes the following payments:

1. $22,000 paid to "Bingham & Lea., PC IOLTA account" on or before October 4, 2021;

2. At least $5,000 per month paid to "Bingham & Lea, IOLTA Account" on the first day of each successive month beginning on November 1, 2021 and continuing thereafter until the full amount of $72,325.00 is paid.

If any payment is not timely made, it shall be a default. Upon default, Hackler's attorneys will give to Tolteca's attorney Tom Clarke an email notice of default and 10-days to cure such default, provided that during the term of this agreement, Hackler's attorneys shall not be required to give Toltecs's attorney more than two notices of default – a third default in payment, or any uncured default after notice, will not require any further notice

before Hackler may institute all available collection proceedings to collect the unpaid balance of the judgment.

This agreement may be filed with the Court presiding over this case.

AGREED, effective on September 30, 2021:

**For Sadie Hackler:**

Law Office of Bill Clanton, P.C.
926 Chulie
San Antonio, TX 78216
(210) 226 0800 Telephone
(210) 338 8660 Facsimile

Bingham & Lea, P.C.
319 Maverick Street
San Antonio, Texas 78212
(210) 224-1819 Telephone
(210) 224-0141 Facsimile

BY: _____
BENJAMIN R. BINGHAM
State Bar No. 02322350
ben@binghamandlea.com
WILLIAM M. CLANTON
State Bar No. 24049436
bill@clantonlawoffice.com


**For Tolteca Enterprises, Inc.:**

Law Offices of Tom Clarke
5802 IH 10 West
San Antonio, Texas 78201
(210) 340-8448 Telephone
(210) 348-7946 Facsimile

By: _____
TOM CLARKE
State Bar No. 04318600
tclarkeatty7@aol.com